I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4.15.13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLARKE,<br><br>　　　　Plaintiff,<br>vs.<br>AUGUSTINE OKAFOR,<br><br>　　　　Defendant. | Case No. CV 11-6129-FMO (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that (1) defendant's Motion to Dismiss is denied; and (2) defendant shall file an Answer to plaintiff's Second Amended Complaint within twenty-one (21) days.

DATED: April 12, 2013

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1