JS-6
Entered

COPY THAT THIS DOCUMENT WAS SERVED BY
CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-9-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY CLARKE, | Case No. CV 11-6129-FMO (RNB) |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| AUGUSTINE OKAFOR, | |
| Defendant. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: May 8, 2014

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE